IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL,<br><br>Plaintiffs,<br><br>vs.<br><br>LEANNE MARTEN, Regional Forester of Region One of the U.S. Forest Service, and UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>Defendants. | CV 17–21–M–DLC<br><br>ORDER |

Defendants move to stay the above-captioned matter to allow the United States Forest Service to assess the impact and extent of two large wildfires currently burning in the Stonewall Project Area. Because the motion is unopposed, the Court will grant it.

Accordingly, IT IS ORDERED that Defendant's Motion (Doc. 28) is GRANTED and this matter is STAYED. Federal Defendants shall file a status report with this Court no later than **October 2, 2017**, notifying the Court and Plaintiffs of the current status and impacts of fire on the Stonewall Project Area.

1

Dated this 8th day of August, 2017.

*Dana L. Christensen* (signature)
Dana L. Christensen, Chief District Judge
United States District Court