**MARK STEGER SMITH**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
FAX: (406) 657-6058
Email: mark.smith3@usdoj.gov

**MELISSA A. HORNBEIN**
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, Montana 59626
Phone: (406) 457-5277
FAX: (406) 457-5130
Email:   Melissa.hornbein@usdoj.gov

ATTORNEYS FOR DEFENDANTS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| **ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL,**<br><br>               Plaintiffs,<br><br>        vs.<br><br>**LEANNE MARTEN, Regional Forester of Region One of the U.S. Forest Service, UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,**<br><br>               Defendants. | **CV 17-21-M-DLC**<br><br><br>**MOTION FOR RECONSIDERATION** |

The United States respectfully requests that the Court grant leave to file a motion for reconsideration of the Court's denial of extension of the stay in this matter (Doc. 30).  The facts are materially different from those presented to the Court before entry of the Order (Doc. 32), which in this case was filed before the government's reply brief.  *See* LR 7.3(b)(1)(A).  In the alternative, the government files Exhibit A to the supporting memorandum as its reply supporting the request for an extended stay.

**DATED** this 17th day of October, 2017.


        **KURT G. ALME**
        **United States Attorney**


        **/s/ MARK STEGER SMITH**
        **Assistant U. S. Attorney**
        **Attorney for Defendant**

S:\civil\2017V00035\Motion to Reconsider\Reconsider MOTION.docx

2