IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL, | CV 17–21–M–DLC |
| Plaintiffs, | ORDER |
| vs. | |
| LEANNE MARTEN, et al., | |
| Defendants. | |

Plaintiffs having filed an Unopposed Motion to Dismiss (Doc. 51) this matter for lack of subject matter jurisdiction,

IT IS ORDERED that Plaintiffs' Motion (Doc. 51) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is ordered to close this case pursuant to Federal Rule of Civil Procedure 58.

IT IS FURTHER ORDERED that the Preliminary Injunction (Doc. 19) entered in this matter on May 30, 2017, is hereby DISSOLVED.

DATED this 22nd day of June, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court