IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, NATIVE ECOSYSTEMS COUNCIL,<br><br>Plaintiffs,<br><br>vs.<br><br>LEANNE MARTEN, Regional Forester of Region One of the U.S. Forest Service, UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>Defendants. | CV 17–21–M–DLC<br><br>ORDER |

Defendants having filed an Unopposed Motion to Vacate Briefing Deadline (Doc. 57),

IT IS ORDERED that Defendants Motion (Doc. 57) is GRANTED. The briefing deadline currently set for August 8, 2018, is VACATED

DATED this 9th day of August, 2018.

Dana L. Christensen, Chief Judge
United States District Court

-1-